**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IRA SANDEFUR, III,

    Plaintiff,

v.

CAROLYN W. COLVIN,

    Defendant.

No. C 14-01813 JSW

**AMENDED ORDER RE CONSENT TO DEFENDANT**

In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment.  See Civil L.R. 73-1(b).  Accordingly, Defendant is DIRECTED to advise the Court, no later than August 29, 2014, as to whether they consent to have a magistrate judge conduct all further proceedings in the instant action.[1]  Plaintiff has already consented to the jurisdiction of a magistrate judge.  The parties are further advised that they may jointly request assignment to a specific magistrate judge.

    **IT IS SO ORDERED.**

Dated: August 4, 2014

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

---

[1] Normally, the Court would direct the parties to so inform the Court in their joint case management statement filed in connection with a case management conference.  Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.