MARY A. GILG, SBN 205717
Homeless Action Center
3126 Shattuck Avenue
Berkeley, CA 94703
Telephone: (510) 540-0878
Facsimile: (510) 540-0403
mgilg@homelessactioncenter.org

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRA SANDEFUR, III, | ) |
| Plaintiff, | ) Civil No. 14 -cv - 01813 - KAW |
| v. | ) STIPULATION AND ~~PROPOSED~~ ORDER |
| CAROLYN W. COLVIN, | ) EXTENDING PLAINTIFF'S TIME TO FILE |
| Acting Commissioner of Social Security, | ) MOTION FOR SUMMARY JUDGMENT |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that Plaintiff shall have an extension of 30 days in which to file a Motion for Summary Judgment in response to Defendant's Answer. Plaintiff's counsel did not represent Plaintiff at earlier stages of the proceedings, and thus is unfamiliar with the record. In addition, Plaintiff's counsel has another Motion for Summary Judgment due on December 1, 2014. Plaintiff's motion was due on December 5, 2014, pursuant to Civil L.R.16-5. Plaintiff's motion is now due on January 5, 2015.

/

/

/

Dated: November 25, 2014

/S/ *Mary A. Gilg*
MARY A. GILG
Attorney for Plaintiff


MELINDA L. HAAG
United States Attorney

Dated: November 25, 2014

/s/ *Theophous Reagans, per email authorization*
THEOPHOUS REAGANS
Attorney for Defendant



PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/26/14

*Kandis Westmore*
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE