MELINDA L. HAAG, CSBN 132612
United States Attorney
DONNA CALVERT
Regional Chief Counsel
THEOPHOUS H. REAGANS, CSBN 189450
Special Assistant United States Attorney

    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8938
    FAX: (415) 744-0134
    Theophous.Reagans@ssa.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IRA SANDEFUR, III, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, ) <br> Acting Commissioner of ) <br> Social Security ) <br> ) <br> Defendants. ) <br> _____ ) | No. 14-1813-KAW <br><br> STIPULATION FOR EXTENSION |

    The parties stipulate and agree, subject to the Court's approval, that the time for Defendant to serve and file a Cross-Motion for Summary Judgment is extended from January 20, 2014 through March 4, 2015. Defendant requests this extension in good faith, with no intent to prolong these proceedings unduly. This extension is necessary because Defendant's counsel has been out of the office due to illness and has a backlog of motions to draft. Defendant's Counsel was also unexpectedly engaged in bankruptcy litigation for several days during the last week which has caused additional

delays.  Defendant's Counsel needs additional time to assess the defensibility of the decision and to prepare a Cross-Motion.  Defendant's Counsel apologizes to the Court for the delay.

Respectfully submitted,

Date: February 4, 2015     By     /s/ *Mary A. Gilg*
*(Approved via telephone*)
MARY A. GILG

MELINDA L. HAAG

Date: February 4, 2015

By     */s/ Theophous H. Reagans*
THEOPHOUS H. REAGANS
Assistant United States Attorney

**ORDER**

APPROVED AND SO ORDERED.

DATED:  2/9/15

_____
KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE